UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MUNICIPAL RISK MANAGEMENT
AUTHORITY and CITY OF DEARBORN
HEIGHTS,

    Plaintiffs,

v

COUNTY OF WAYNE,

    Defendant.
_____/

Case No.  00-74283

HON. JOHN FEIKENS

## ORDER OF DISMISSAL WITH PREJUDICE

Having been informed that Defendant Wayne County has complied with the settlement reached under the Court's auspices by tendering to counsel for Michigan Municipal Risk Management Authority, a check for $200,000 payable to the Michigan Muncipal Risk Management Authority, per the direction of each plaintiff's counsel,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without the award of costs or fees to any party.  This order completes all matters pending in the case and the file may be closed.

Date:  September 27, 2005

s/John Feikens
United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on September 27, 2005, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager